NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KUMAR INDUSTRIES,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2024-1293

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00622-TCS, Senior Judge Timothy C. Stanceu.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Kumar Industries' unopposed motion to voluntarily dismiss this appeal pursuant to Federal Rule of Appellate Procedure 42(b) and the parties' agreement as to the allocation of costs,

IT IS ORDERED THAT:

(1)  The motion is granted.  The appeal is dismissed.

2                                          KUMAR INDUSTRIES v. US

(2)  Each party shall bear its own costs.

FOR THE COURT

March 20, 2024
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: March 20, 2024